# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **RYAN PFLIPSEN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| V. | )   **CIVIL ACTION NO. SA-20-CA-1326-FB** |
| | ) |
| **YAKKALA PROPERTIES, LLC d/b/a** | ) |
| **Center With Gas Station,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation to Approve Consent Decree and to Dismiss Defendants With Prejudice (docket no. 17) filed by the parties on December 14, 2021. Having reviewed the stipulation, the proposed Consent Decree, the pleadings on file and the entire record in this case, the Court is of the opinion that the proposed Consent Decree should be approved, this case should be dismissed with prejudice, and final judgment should be entered.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Joint Stipulation to Approve Consent Decree and to Dismiss Defendants With Prejudice (docket no. 17) is GRANTED such that the proposed Consent Decree (attached to the joint stipulation as Exhibit A at docket no. 17-1) is APPROVED. The Court retains jurisdiction to enforce the Consent Decree for a period of no longer than twelve (12) months from the date of the signing of this Order of Dismissal and Judgment.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party t bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE